```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 07184
    HATTY A PHILLIPS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-4144

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/19/2006 and was confirmed 10/02/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
A ALL FINANCIAL              UNSECURED      NOT FILED          .00            .00
BOOK CLUB                    UNSECURED      NOT FILED          .00            .00
COMED                        UNSECURED      NOT FILED          .00            .00
AMERICAS FINANCIAL CHOIC     UNSECURED         1016.86         .00          44.35
AMERICAS FINANCIAL CHOIC     UNSECURED      NOT FILED          .00            .00
ROUNDUP FUNDING LLC          UNSECURED          698.75         .00          32.14
ARNOLD SCOTT HARRIS          UNSECURED      NOT FILED          .00            .00
ASCOT GLEN                   UNSECURED      NOT FILED          .00            .00
BLACK EXPRESSIONS            UNSECURED      NOT FILED          .00            .00
CAPITAL ONE                  UNSECURED          494.88         .00          21.59
LITTLE COMPANY OF MARY       UNSECURED      NOT FILED          .00            .00
LITTLE COMPANY OF MARY       UNSECURED      NOT FILED          .00            .00
TRUMP CASINO                 UNSECURED      NOT FILED          .00            .00
CHECK INTO CASH              UNSECURED      NOT FILED          .00            .00
CITY OF CHICAGO PARKING      UNSECURED          760.00         .00          33.14
COOK COUNTY CIRCUIT CT C     UNSECURED      NOT FILED          .00            .00
COMMUNITY HOSPITAL PATIE     UNSECURED      NOT FILED          .00            .00
COMMUNITY HOSPITAL PATIE     UNSECURED         1070.39         .00          46.69
COMCAST                      UNSECURED      NOT FILED          .00            .00
ENTERPRISE LEASING           UNSECURED      NOT FILED          .00            .00
EVERGREEN ANESTHESIA & P     UNSECURED         2381.00         .00          62.60
FNBM/CREDIT ONE BANK         UNSECURED      NOT FILED          .00            .00
GERALD CAHILL MD             NOTICE ONLY   NOT FILED          .00            .00
GIKAS AND BRATCHER PC        UNSECURED         2465.36         .00         107.53
HAMPTON IN HIGHLAND          UNSECURED         5333.63         .00         232.65
HERTG ACCPT                  UNSECURED      NOT FILED          .00            .00
CHEUK W YANG MD              UNSECURED      NOT FILED          .00            .00
ILLINOIS LENDING CORP        UNSECURED          986.42         .00          43.03
ILLINOIS LENDING CORP        UNSECURED          986.42         .00          43.03
KOMYATTASSOC                 UNSECURED      NOT FILED          .00            .00
KOPKO GENETOS & RETSON L     UNSECURED      NOT FILED          .00            .00
LABORATORY CORP              UNSECURED      NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07184 HATTY A PHILLIPS
```

```
LAKE IMAGING LLC            UNSECURED       NOT FILED              .00            .00
LAKE SUPERIOR               UNSECURED       NOT FILED              .00            .00
LAKESIDE SURGERY CENTER     NOTICE ONLY     NOT FILED              .00            .00
LAKESIDE SURGERY CENTER     UNSECURED         5238.23              .00         228.49
KATHLEEN BARAUSKI           UNSECURED       NOT FILED              .00            .00
MAJESTIC STAR CASINO        UNSECURED       NOT FILED              .00            .00
DR JONITH Y BREADON         UNSECURED       NOT FILED              .00            .00
MERCANTILE NATL BANK IND    UNSECURED       NOT FILED              .00            .00
MERCANTILE NATL BANK IND    UNSECURED       NOT FILED              .00            .00
SAINT MARGARET MERCY        UNSECURED          576.17              .00          15.15
NATIONAL AUTO FINANCE CO    SECURED          24005.00          2460.38        5391.55
NICOR GAS                   UNSECURED       NOT FILED              .00            .00
NATIONAL AUTO FINANCE CO    UNSECURED             .22              .00            .00
NATIONAL AUTO FINANCE CO    UNSECURED       NOT FILED              .00            .00
PATIENTS 1ST ER MEDICAL     UNSECURED          465.00              .00          20.28
PRECISE MEDICAL BILLING     UNSECURED       NOT FILED              .00            .00
PREFERRED CASH              UNSECURED       NOT FILED              .00            .00
ST MARGARET HEALTH CENTE    UNSECURED       NOT FILED              .00            .00
LITTLE COMPANY OF MARY      UNSECURED       NOT FILED              .00            .00
LITTLE COMPANY OF MARY      UNSECURED       NOT FILED              .00            .00
STATE FARM                  UNSECURED             .00              .00            .00
TMS INTERNET                UNSECURED       NOT FILED              .00            .00
TRS RECOVERY SERVICES IN    UNSECURED       NOT FILED              .00            .00
UNIVERSITY OF CHICAGO HO    UNSECURED       NOT FILED              .00            .00
US DEPT OF LABOR            UNSECURED       NOT FILED              .00            .00
DRIVE FINANCIAL             UNSECURED       NOT FILED              .00            .00
DRIVE FINANCIAL SERVICES    SECURED              .00              .00            .00
NATIONAL AUTO FINANCE CO    SECURED              .00              .00            .00
PARAGON WAY INC             UNSECURED          486.00              .00          21.20
LONDON LECROIX              NOTICE ONLY     NOT FILED              .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY       2,800.25                       2,800.25
TOM VAUGHN                  TRUSTEE                                            767.46
DEBTOR REFUND               REFUND                                                .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                        12,371.51

PRIORITY                                              .00
SECURED                                          5,391.55
    INTEREST                                     2,460.38
UNSECURED                                          951.87
ADMINISTRATIVE                                   2,800.25
TRUSTEE COMPENSATION                               767.46
DEBTOR REFUND                                         .00
                            ---------------   ---------------
TOTALS                         12,371.51         12,371.51

              PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 07184 HATTY A PHILLIPS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 10/22/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```